MARY CORCORAN, as Administratrix of the Estate of WILLIAM CORCORAN, Deceased, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Corcoran* v. *Union Ry. Co. of New York City,* 128 App. Div. 926, affirmed.
(Argued January 12, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Bayard H. Ames, Walter Henry Wood* and *James L. Quackenbush* for appellant.

*Gilbert D. Lamb* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ. Dissenting : CULLEN, Ch. J., GRAY and WERNER, JJ.